UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARA RANDI ALSHATTI,

    Plaintiff,

v.                                             Case No: 8:17-cv-21-T-27TBM

GLOBAL TEAM USA, LLC, PETRA H.
CLARK, and STEVEN L. CLARK,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, Lack of Standing, and Failure to State a Claim Upon Which Relief Can Be Granted, or, in the Alternative, to Transfer to the United States District Court for the Eastern District of Michigan (Dkt. 10), and Plaintiff's response (Dkt. 11). Plaintiff "does not have an objection to the alternatively requested relief should this Court be so inclined to transfer venue."[1] (Dkt. 11 at 17). Accordingly, the Motion to Transfer to the United States District Court for the Eastern District of Michigan (Dkt. 10) is **GRANTED**. Pursuant to 28 U.S.C. § 1404(a), the Clerk is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Michigan.

**DONE AND ORDERED** this 16th day of May, 2017.

                                                                  JAMES D. WHITTEMORE
                                                                  United States District Judge

Copies to: Counsel of Record

---

[1] Because Plaintiff does not object to the transfer of venue, it is not necessary to consider the factors in determining whether to transfer this action, *see Manuel v. Convergys Corp.*, 430 F.3d 1132, 1135 n. 1 (11th Cir. 2005), or address Defendants' personal jurisdiction, standing, and failure to state a claim arguments.

1